IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02281–EWN

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

U.S. DISTRICT COURT JUDGE ZITA L. WEINSHIENK,
U.S. DISTRICT COURT JUDGE WILEY Y. DANIEL,
U.S. DISTRICT COURT JUDGE PHILIP S. FIGA,
JOE ORTIZ,
ANTHONY A. DECESARO,
MS. CATHIE HOLST,
MS. JOAN M. SCHOEMAKER,
GARY GOLDER,
MS. CAROL SOARES,
JAMES E. ABBOTT,
LIEUTENANT KENNETH TOPLISS,
SERGEANT CARL WEBB,
SERGEANT DENNIS RIVERA,
CORRECTIONAL OFFICER MS. MANUELA CURRY,
CORRECTIONAL OFFICER MS. HOYT WILLIAMS,
CORRECTIONAL OFFICER JOSEPH MUNOZ,
LEGAL ASSISTANT AND LAW LIBRARY SUPERVISOR Y. BROWN, and
LEGAL ASSISTANT AND LAW LIBRARY SUPERVISOR DANIEL ERD,

    Defendants.

**ORDER**

This matter comes before the court on Mr. Green's motion to suspend this court's order imposing sanctions pending his appeal of the order (#15). The motion appears to be one made

under the provisions of rule 62 of the Federal Rules of Civil Procedure. Mr. Green, however, has not met the requirements of any part of that rule. It is therefore

ORDERED that the referenced motion be DENIED.

Dated this 1st day of February, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge