IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02281–EWN

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

U.S. DISTRICT COURT JUDGE ZITA L. WEINSHIENK,
U.S. DISTRICT COURT JUDGE WILEY Y. DANIEL,
U.S. DISTRICT COURT JUDGE PHILIP S. FIGA,
JOE ORTIZ,
ANTHONY A. DECESARO,
MS. CATHIE HOLST,
MS. JOAN M. SCHOEMAKER,
GARY GOLDER,
MS. CAROL SOARES,
JAMES E. ABBOTT,
LIEUTENANT KENNETH TOPLISS,
SERGEANT CARL WEBB,
SERGEANT DENNIS RIVERA,
CORRECTIONAL OFFICER MS. MANUELA CURRY,
CORRECTIONAL OFFICER MS. HOYT WILLIAMS,
CORRECTIONAL OFFICER JOSEPH MUNOZ,
LEGAL ASSISTANT AND LAW LIBRARY SUPERVISOR Y. BROWN, and
LEGAL ASSISTANT AND LAW LIBRARY SUPERVISOR DANIEL ERD,

    Defendants.

**ORDER**

On consideration of the motion for reconsideration (#24), the court finds it to be frivolous and vexatious.  It is therefore DENIED.

Dated this 1st day of May, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge